UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

DELORES M. VOLLENWEIDER,           )
                                    )
       Plaintiff,                   )
                                    )
vs.                                 )
                                    )
SECURIAN LIFE INSURANCE COMPANY    )  Case No. 5:19-CV-04009-SAC-JPO
AND MINNESOTA LIFE INSURANCE       )
COMPANY,                            )
                                    )
       Defendants.                  )
                                    )
                                    )
                                    )

## PLAINTIFF'S IDENTIFICATION OF EXPERT WITNESS

**COMES NOW,** Plaintiff, by and through Peter Charles Rombold of Hoover Law Firm, and hereby identifies Dr. Charles F.K. Glenn, M.D. 27 Church St., Devonport, Auckland, 0624, 27-265-4708, cfkglenn@gmail.com.

Dr. Glenn will testify on behalf of Plaintiff as an expert witness. Dr. Glenn is the former Shawnee County Coroner, who as such, issued the attached Certificate of Death, Report of Death, Autopsy Report, with attachments from AIT Laboratories. Dr. Glenn will be testifying as set forth in said reports, which have been previously delivered with attachments to Defendants. Dr. Glenn's CV is also attached. A list of all cases that Dr. Glenn has testified as an expert at trial or by deposition has been requested and will be provided immediately upon receipt.

Dr. Glenn's hourly rate for services rendered as an expert is $250.00 per hour and $1,500.00 for a deposition.

Dated this 12th day of August, 2019.

                                         RESPECTFULLY SUBMITTED,

                                         HOOVER, SCHERMERHORN,
                                         EDWARDS, PINAIRE & ROMBOLD
                                         811 North W Washington Street
                                         Junction City, KS  66441
                                         (785) 238-3126
                                         Attorneys for Defendant/Appellant

                                         By  ___/s/___ *Peter Charles Rombold*___
                                                 Peter Charles Rombold, #1153

## CERTIFICATE OF SERVICE

Clark H. Cole, #78821
7700 Forsyth Blvd. Suite 1800
St. Louis, MO  63105
(314) 621-5070
(314) 621-5065 (facsimile)
ccole@armstrongteasdale.com

Lauren H. Navarro, #27114
2345 Grand Boulevard, Suite 1500
Kansas City, Missouri 64108-2617
816.221.3420
816.221.0786 (facsimile)
lnavarro@armstrongteasdale.com

ATTORNEYS FOR DEFENDANT

      I hereby certify that on August 12, 2019, I electronically filed the foregoing expert witness designation, and attached Coroner's and Autopsy Reports, with attachments and Dr. Glenn's CV via the CM/ECF system, which sent a notice of electronic filing to all counsel of record.

                                           */s/ Peter Charles Rombold*___
                                           Peter Charles Rombold, #11539

Kansas Department of Health and Environment
Office of Vital Statistics
# CERTIFICATE OF DEATH

AMENDED - 12/07/2016

115-2016-18433
State File Number

| # | Field | Value |
|---|---|---|
| 1 | Decedent's Legal Name (First, Middle, Last) | ROLAND OTTO ENGELHARDT |
| 2 | Sex | MALE |
| 3 | Date Of Death (Month, Day, Year) | 09/21/2016 |
| 4 | Social Security Number | 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 |
| 5 | Date Filed By State Registrar | 10/06/2016 |
| 6 | Last Name Prior to First Marriage | |
| 7a | Date Of Birth | 09/21/1962 |
| 7b | Age | 54 YEAR(S) |
| 8 | Place Of Birth (City And State Or Foreign Country) | NÜRNBERG, GERMANY |
| 9 | Decedent Ever In U.S. Armed Forces | NO |
| 10a | Place Of Death | REST STOP |
| 10b | Facility Name (If Not Institution, Street And Number) | WESTBOUND I-70 MILEMARKER 336 |
| 10c | County Of Death | WABAUNSEE |
| 10d | Zip Code | 66526 |
| 10e | City or Town Of Death | PAXICO |
| 11 | Marital Status | MARRIED |
| 12 | Surviving Spouse (Name Prior to First Marriage) | DELORES VOLLENWEIDER |
| 13a | Residence – Street Address | 1931 APACHE DRIVE |
| 13b | State or Foreign Country | KANSAS |
| 13c | County or Province | GEARY |
| 13d | City or Town | JUNCTION CITY |
| 13e | Zip Code | 66441 |
| 13f | Inside City Limits | YES |
| 14 | Decedent's Ancestry | GERMAN |
| 15 | Decedent's Race | WHITE |
| 16 | Decedent's Hispanic Origin | NOT SPANISH, HISPANIC, LATINO |
| 17 | Decedent's Education | ASSOCIATE DEGREE |
| 18 | Decedent's Occupation | INFORMATION TECHNOLOGY |
| 19 | Decedent's Industry | FOOD MANUFACTURER |
| 20 | Father/Parent Birth Name (First, Middle, Last) | GEORG REINHOLD GUNTER ENGELHARDT |
| 21 | Mother/Parent Birth Name (First, Middle, Last) | GISELA ELLI TAUBERT |
| 22a | Informant's Name (First, Middle, Last) | DELORES VOLLENWEIDER |
| 22b | Mailing Address | 1931 APACHE DRIVE, JUNCTION CITY, KANSAS, 66441 |
| 22c | Relationship To Decedent | WIFE |
| 23 | Method Of Disposition | CREMATION |
| 24a | Place Of Disposition | GEARY COUNTY CREMATORY |
| 24b | Location | JUNCTION CITY, KANSAS |
| 25 | Funeral Service Licensee And License Number | /e/ SAMUEL R STEINER - 2435 |
| 26 | Name Of Embalmer And License Number | MELISSA SCHROEDER - 3784 |
| 27 | Name And Address Of Firm | PENWELL-GABEL-JUNCTION CITY, 203 N WASHINGTON STREET, JUNCTION CITY, KANSAS, 66441 |

28. Cause Of Death
Part I. Events (diseases, injuries, or complications) that directly caused the death.

| | | Approximate Interval: Onset To Death |
|---|---|---|
| IMMEDIATE CAUSE (Final Disease Or Condition Resulting In Death) | a. DIPHENHYDRAMINE AND DOXYLAMINE TOXICITY | |
| | Due To (Or As A Consequence Of): b. | |
| Conditions, if any, leading To cause listed on line a. | Due To (Or As A Consequence Of): c. | |
| UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LISTED LAST | Due To (Or As A Consequence Of): d. | |

Part II. Other Significant Conditions Contributing To Death But Not Resulting In The Underlying Cause Given In Part I.
CRITICAL CORONARY ARTERY ATHEROSCLEROSIS

| 29a. Autopsy | 29b. Autopsy Findings Available To Complete The Cause Of Death | 29c. Coroner Contacted |
|---|---|---|
| YES | YES | YES |

| 30. Did Tobacco Use Contribute To Death? | 31. If Female: | 32. Manner Of Death |
|---|---|---|
| NO | | ACCIDENT |

| 33a. Date Of Injury | 33b. Time Of Injury | 33c. Injury At Work | 33d. How Injury Occurred |
|---|---|---|---|
| | | | |

| 33e. Place Of Injury | 33f. Location |
|---|---|
| | |

| 34a. Date Pronounced Dead | 34b. Time Pronounced Dead | 34c. Actual Or Presumed Time Of Death | 34d. Name Of Person Pronouncing Death | 34e. License No. |
|---|---|---|---|---|
| 09/21/2016 | 8:45 AM | 8:45 AM | | |

| 35a. Pronouncing and Certifying Physician | 35b. License No. | 35c. Date Certified | 35d. Address And Zip Code Of Person Completing Cause Of Death |
|---|---|---|---|
| /e/ CHARLES GLENN - MD | 0436440 | 12/07/2016 | 320 S KANSAS AVE STE 400, TOPEKA, KANSAS, 66603 |

VS231A - Rev. 07/01/2009

Death 12/14/2016 V230208683 01 ENGELHARDT 201604018433 15c

State of Kansas
Office of Coroner
# REPORT OF DEATH

## ---PERSONAL INFORMATION---

TIME: Notified 0914        Date:  9/21/2016

Case Number: SN16-09-44        County Jurisdiction: Wabaunsee        Coroner: Glenn

Name: Roland Engelhardt        Age: 54        DOB 9/21/1962        Sex: M        Ethnic Code: ___

Address: 1931 Apache Dr Junction City, Kansas        Zip: 66441

## ---LOCATION INFORMATION---

Time Arrived 0951        Time Departed 1050

Officers Present: Blakesly, Henderson, Carlton, Undersh        Agency: KHP, Wabaunsee Sheriff        Agency #: 2016-012938

Injury Location: KS Rest Area Westbound on I-70 mile marker 336        Date: _____        Time _____

Death Location: KS Rest Area Westbound on I-70 mile marker 336        Date: _____        Time: _____

Date Pronounced Dead: 09/21/2016        Time of Pronouncement: 0845

Name of Pronouncer: AMR        License #: _____

## ---NEXT-OF-KIN INFORMATION---

Next-of-Kin Name: Delores Vollenweider (wife) Miranda Wright (d


Mortuary of Choice: Penwell-Gabel Johnson Chapel (Junction City, KS) 785-762-3131

Information By: KHP/Delores Vollenweider        Informant Address: _____

## ---IDENTIFICATION INFORMATION---

Attending Physician: No Primary care

Identified By: Daughter        Identification Method: Visual

Body Sent To: Shawnee Co. Morgue        Exam Type: Autopsy

Exam By: Charles Glenn, M.D.        Manner of Death: Accident

Disposition of Body: Autopsied, Released

## --DIAGNOSIS---

Diagnosis: Diphenhydramine and Doxylamine Toxicity
Due To: _____
Due To: _____
Due To: _____

Contributory Factors: Critical Coronary Artery Atherosclerosis


Reporting Investigator's Initials: KR

FINALIZED: 12/01/2016

SN16-09-44           **ROLAND ENGELHARDT**          09/22/2016
Wabaunsee County, Kansas

## AUTOPSY REPORT

**AUTOPSY FINDINGS:**

I. Scattered foci of minimal to mild acute pneumonia with bacterial overgrowth and foreign material
II. Critical coronary artery atherosclerosis, one vessel
III. Early stage of putrefactive decomposition
IV. Steatosis of liver
V. Emphysema of lungs, mild
VI. Pleural and peritoneal adhesions, mild

**SUMMARY:**

The decedent was a 54 year old man with a history of asthma that was found reclining in the driver's seat of his vehicle at a rest stop. He would commonly stop at this location to sleep after his shift at work. Toxicological testing of iliac vein blood detected high concentrations of diphenhydramine (278 nanograms / milliliter) and doxylamine (525 nanograms / milliliter). These substances can have synergistic effects and are commonly used as sleeping aids. The sparse acute pneumonia in the lungs can be seen in overdoses with a prolonged period of unconsciousness before death. Given these findings the most likely cause of death is Diphenhydramine and Doxylamine Toxicity. Critical Coronary Artery Atherosclerosis is a contributing condition. The manner of death is Accident.

*[signature]* 12/1/16

Charles Glenn, M.D.

*These opinions, including the cause and manner of death, are based on the totality of investigative information to date.*

1

SN16-09-44  **ROLAND ENGELHARDT**  09/22/2016
Wabaunsee County, Kansas

### INITIAL INFORMATION:

The decedent was a 54 year old man with a history of asthma that was found reclining in the driver's seat of his vehicle at a rest stop.

### CIRCUMSTANCES OF EXAMINATION:

A postmortem examination is performed at the Shawnee County Coroner's Office on 09/22/2016. The body is received in a body bag sealed with unbroken plastic lock bearing the inscription "9903211."

Identification is made by law enforcement.

Kristen Row provides technical assistance.

### EXTERNAL EXAMINATION:

The unembalmed body is a 6 foot 2 inch, 194 pound, well nourished, lightly pigmented male who appears the recorded age of 54 years. A white identification band encircles the wrist. Rigor mortis is broken with ease in the bilateral elbows and bilateral knees. Livor mortis, which does not blanch with marked pressure, is located on posterior aspects of the torso and the distal aspects of the extremities.

The scalp hair is gray-brown and 7 centimeters in maximum length. The ears are unremarkable. The conjunctivae contain no petechiae. The corneas are cloudy. The sclerae are white. The nasal septum, mucosa, and bridge are unremarkable. The lips and oral mucosal frenula have no injuries. The teeth are in good repair. Facial hair consists of gray stubble and a gray mustache. The neck has no lymphadenopathy or injuries.

The chest and back are symmetrical. The abdomen is soft and flat. The body hair distribution is normal. The penis and anus have no injuries. Two testes are in the scrotum. The upper extremities contain no puncture marks, liner scars, or incised wounds. The lower extremities are symmetrical and contain no edema.

### INTERNAL EXAMINATION:

All tissues and organs contain evidence of minimal to mild putrefactive decomposition.

The pericardial, pleural, and peritoneal cavities are glistening and contain no abnormal collections of fluid. The peritoneal and pleural cavities contain a mild amount of fibrous adhesions. The organs are normally situated.

The scalp has no injuries. The skull has no fractures. The epidural, subdural

SN16-09-44          <u>ROLAND ENGELHARDT</u>          09/22/2016
Wabaunsee County, Kansas

and subarachnoid regions contain no abnormal collections of fluids. The leptomeninges are thin and clear. The cranial nerves have no anomalies. The cerebral arteries are patent and have no atherosclerosis. The brain is 1410 grams. The cerebral surface has an unremarkable gyral pattern and no focal lesions. The cerebral hemispheres have a normal ventricular system and no focal lesions. The brainstem and cerebellum have no external or internal abnormalities. The proximal cervical spinal cord is unremarkable. The atlanto-occipital joint is intact.

    The strap muscles of the neck have no injuries. The larynx and trachea are patent and an unremarkable mucosa. The hyoid bone, cricoid cartilage and thyroid cartilage are intact. The tongue contains no contusions or bite marks.

    The great vessels arise and course normally. The vena cava have no thrombi. The pulmonary trunk and extrapulmonary artery branches have no thromboemboli. The aorta has a normal diameter and no atherosclerosis.

    The heart is 370 grams. The epicardial surface is smooth, glistening and contains a normal amount of subepicardial fat. The right dominant coronary artery system has patent, normally located ostia and focal atherosclerosis. The middle region of the left anterior descending coronary artery contains a focus with a maximum atherosclerotic stenosis of 80%. The cardiac chambers are not dilated. The myocardium is homogenous, red-brown, and not thickened. The endocardium is unremarkable and has no fibrosis or mural thrombi. The cardiac valves are unremarkable and free of vegetations or degenerative changes.

    The right lung is 710 grams. The left lung is 710 grams. The normally lobed, visceral pleural surfaces are smooth, dark red, and contain a mild amount of black pigment deposition. The dark red pulmonary parenchyma contains a moderate amount of blood and blood tinged froth and no tumors or consolidations. The intrapulmonary airways are patent and have an unremarkable mucosa. The intrapulmonary arterial branches have no thromboemboli.

    The liver is 1190 grams. The homogenous tan-brown hepatic parenchyma is soft and has no cirrhosis or tumors. The gallbladder contains green bile and no stones. The common bile duct has a normal caliber and no stones. The pancreas is soft and small with tan, lobulated parenchyma.

    The 190 gram spleen has a smooth, intact capsule and soft, red parenchyma. The lymph nodes of the neck, chest, abdomen, and pelvis are unremarkable.

    The right kidney is 140 grams and the left kidney is 150 grams. The kidneys have smooth cortical surfaces, well demarcated corticomedullary junctions, and no tumors or cysts. The calyces, pelvises, and ureters have a normal diameter and no stones. The bladder contains 290 milliliters of dark yellow urine and has an unremarkable mucosa. The prostate gland is normal in size and contains tan, firm

SN16-09-44           <u>ROLAND ENGELHARDT</u>           09/22/2016
Wabaunsee County, Kansas

parenchyma.

    The stomach contains 260 milliliters of thin, red-brown fluid. The esophagus, stomach, proximal duodenum, and rectum are patent and free of ulcerations. The small and large intestine and appendix have unremarkable external surfaces.

    The thyroid gland is normal in size and has red-brown parenchyma. The pituitary gland is not enlarged. The adrenal glands have yellow cortices surrounding red-brown medulla.

    The subcutaneous fat at the umbilicus is 3 centimeters thick. The skeletal muscle of neck, chest and pelvis is unremarkable. The clavicles, sternum, ribs, pelvis and spine have no palpable or visible fractures.

**EVIDENCE COLLECTED AND PRESERVED:**

    DNA blood card, fingerprints

**SPECIMENS SUBMITTED FOR HISTOLOGY:**

    Lung (2), liver, kidney, thyroid gland

**SAMPLES SUBMITTED OR HELD FOR TOXICOLOGY:**

    Iliac vein blood, urine, and vitreous fluid

**MICROSCOPIC EXAMINATION:**

Lung (2 sections):   Scattered foci of minimal to mild acute pneumonia
                     Bacterial overgrowth and rare foreign material within alveoli
                     Marked pulmonary edema and vascular congestion
                     Mild emphysematous changes

Liver:   Mild macrosteatosis

Kidney and thyroid gland:   No specific histopathological changes



# AIT Laboratories
A HIGHER STANDARD OF SERVICE

2265 Executive Drive, Indianapolis, IN 46241
Telephone: (800)875-3894 / Fax: (317)243-2789

| Laboratory Case Number: | 3103256 | Subject's Name: | ENGELHARDT, ROLAND |
|---|---|---|---|

Client Account: 20514 / mida01
Physician:
Report To: MID-America Forensic Pathology
ATTN: Charley Glenn
320 S. Kansas Ave Ste 400
Topeka, KS 66603
FX: 785-251-2380

Agency Case #: SN16-09-44
Date of Death: 09/21/2016
Test Reason: Other
Investigator: NOT INDICATED
Date Received: 09/23/2016
Date Reported: 10/05/2016

Laboratory Specimen No: 40602845
Container(s): 01:T    Blood, ILIAC

Date Collected: 09/21/2016
Test(s): 70531    Drugs of Abuse - Extended

| Analyte Name | Result | Concentration | Units | Therapeutic Range | Loc |
|---|---|---|---|---|---|
| AMPHETAMINES | Negative | | | | |
| BARBITURATES | Negative | | | | |
| BENZODIAZEPINES | Negative | | | | |
| CANNABINOIDS | Negative | | | | |
| COCAINE/METABOLITES | Negative | | | | |
| FENTANYL | Negative | | | | |
| METHADONE/METABOLITE | Negative | | | | |
| OPIATES | Negative | | | | |
| OXYCODONE/METABOLITE | Negative | | | | |
| PHENCYCLIDINE | Negative | | | | |
| PROPOXYPHENE/METABOLITE | Negative | | | | |
| ALCOHOL | Negative | | | | |
| Methanol | Negative | | | | |
| Ethanol | Negative | | | | |
| Acetone | Negative | | | | |
| Isopropanol | Negative | | | | |
| ANALGESICS | Negative | | | | |
| ANESTHETICS | Negative | | | | |
| ANTICONVULSANTS | Negative | | | | |
| ANTIDEPRESSANTS | Negative | | | | |
| ANTIHISTAMINES | POSITIVE | | | | |
| Diphenhydramine | POSITIVE | | | | |
| Diphenhydramine, Quant | | 278 | ng/mL | 30 - 300 | |

NGELHARDT, ROLAND
Laboratory Case #: 3103256
Printed Date/Time: 10/05/2016, 13:16

Page: 1 of 4



# AIT Laboratories
A HIGHER STANDARD OF SERVICE

2265 Executive Drive, Indianapolis, IN 46241
Telephone: (800)875-3894 / Fax: (317)243-2789

Laboratory Specimen No:      40602845                    Continued..

| Analyte Name | Result | Concentration | Units | Therapeutic Range | Loc |
|---|---|---|---|---|---|
| Doxylamine | POSITIVE | | | | |
|    Doxylamine, Quant | | 525 | ng/mL | 50 - 500 | |
| ANTIPSYCHOTICS | Negative | | | | |
| CARDIOVASCULAR AGENTS | Negative | | | | |
| GASTROENTEROLOGY AGENTS | Negative | | | | |
| NARCOTICS | Negative | | | | |
| NEUROLOGY AGENTS | Negative | | | | |
| SEDATIVES/HYPNOTICS | Negative | | | | |
| STIMULANTS | Negative | | | | |
| UROLOGY AGENTS | Negative | | | | |

Specimens will be kept for at least one year from the date of initial report.

NGELHARDT, ROLAND
Laboratory Case #: 3103256
Printed Date/Time: 10/05/2016, 13:16

Page: 2 of 4



# AIT Laboratories
A HIGHER STANDARD OF SERVICE

2265 Executive Drive, Indianapolis, IN 46241
Telephone: (800)875-3894 / Fax: (317)243-2789

| Laboratory Specimen No: | 40602849 | Date Collected: | 09/21/2016 |
| --- | --- | --- | --- |
| Container(s): 01:UR | Urine, Random | Test(s): 70080 | Drugs of Abuse Panel |

| Analyte Name | Result | Concentration | Units | Therapeutic Range | Loc |
| --- | --- | --- | --- | --- | --- |
| ALCOHOL | POSITIVE | | | | |
| Ethanol | POSITIVE | | | | |
| Ethanol, Quant | | 0.024 | % (w/v) | | |
| AMPHETAMINES | Negative | | | | |
| BARBITURATES | Negative | | | | |
| BENZODIAZEPINES | Negative | | | | |
| BUPRENORPHINE/METABOLITE | Negative | | | | |
| CANNABINOIDS | Negative | | | | |
| CARISOPRODOL/METABOLITE | Negative | | | | |
| COCAINE/METABOLITES | Negative | | | | |
| FENTANYL | Negative | | | | |
| METHADONE/METABOLITE | Negative | | | | |
| OPIATES | Negative | | | | |
| PHENCYCLIDINE | Negative | | | | |
| PROPOXYPHENE/METABOLITE | Negative | | | | |
| TRAMADOL/METABOLITE | Negative | | | | |

ENGELHARDT, ROLAND
Laboratory Case #: 3103256
Printed Date/Time: 10/05/2016, 13:16

Page: 3 of 4

10/5/2016 13:22　　　　　　　　　AIT Laboratories　　　　　　AIT→FX20514　　　　5/5



## AIT Laboratories
A HIGHER STANDARD OF SERVICE

2265 Executive Drive, Indianapolis, IN 46241
Telephone: (800)875-3894 / Fax: (317)243-2789

| Laboratory Specimen No: | 40602850 | Date Collected: | 09/21/2016 |
|---|---|---|---|
| Container(s): | 01:VIT_CON Vitreous,EYE | Test(s): | |

| Analyte Name | Result | Concentration | Units | Therapeutic Range | Loc |
|---|---|---|---|---|---|
| ALCOHOL | Negative | | | | |
| Methanol | Negative | | | | |
| Ethanol | Negative | | | | |
| Acetone | Negative | | | | |
| Isopropanol | Negative | | | | |

The Specimen identified by the Laboratory Specimen Number has been handled and analyzed in accordance with all applicable requirements.

| Laboratory Director | ENGELHARDT, ROLAND | Case Reviewer |
|---|---|---|
| Andrea Terrell, Ph.D., DABCC | Laboratory Case #:3103256 | *signature* |
| | Print Date/Time:10/05/2016, 13:16 | |
| | Page: 4 of 4 | |

This individual may not have performed any of the analytical work.

# Charles F. K. Glenn, M.D.

27 Church St., Devonport, Auckland, 0624
cfkglenn@gmail.com
27-265-4708

## Education

M.D., Kansas University Medical Center
Kansas City, KS, USA
May 2008

B.S. (Biology), Kansas State University
Manhattan, KS, USA
May 2002

## Post-Graduate Training

Forensic Pathology
Miami-Dade County Medical Examiner
Miami, FL, USA
2012 – 2013

Anatomic and Clinical Pathology
Jackson Memorial Hosp. / Univ. of Miami
Miami, FL, USA
2008 – 2012

## Board Certification

American Board of Pathology
- Forensic Pathology: 2014
- Anatomic and Clinical Pathology: 2012

## Experience

Regional Forensic Pathologist
    Department of Forensic Pathology
    Auckland City Hospital
    2018 - Present

Mid-America Forensic Pathology P.A.
- Provided forensic pathology and coroner services within Kansas and Missouri
- Owner and Medical Director
- Duties included:
    - Autopsies and examinations
    - Supervision of death investigations
    - Management of office staff, death investigators, and forensic pathologists
    - Business operation and development
    - Community relations
- 2015 – 2018

Mid-America Autopsy Services
- Private solo forensic pathology practice
- Autopsy coverage for multiple counties and companies within Kansas and Missouri
- 2013 - 2015

Shawnee County District Coroner (Kansas District 3)
- Topeka, KS, USA
- June 2014 – 2018

Seward County District Coroner (Kansas District 26)
- April 2017 – 2018

Deputy Coroner of Kansas Districts: 2 and 10
- 2013 - 2018

## Licensure

New Zealand: 80135
Kansas: 04-36440
Missouri: 2013017001

## Memberships

National Association of Medical Examiners
Kansas Medical Society

## Research

Post-Baccalaureate Research Fellow
National Institute on Aging
Baltimore, MD
2002 – 2003

HHMI Undergraduate Research Scholar
Kansas State University
1998 - 2000

## Teaching

Visiting Lecturer
Washburn University and Emporia State University
2015 - 2017

Invited Speaker
Coroner's Conferences, Continuing Medical Education,
& Community Outreach
2014 - 2018

Pathology Resident Lectures
Kansas University Medical Center
2013 - 2014

Pathology Lectures and Laboratories
Univ. of Miami / Miller School of Medicine
2008 – 2013

Medical Student Board Review
University of Kansas Medical Center
June 2008

## Service

Kansas Child Death Review Board
2015 – 2017

Shawnee County Fetal-Infant Mortality Review
2014 – 2017

Anatomic and Clinical Pathology
Project Medishare / Hospital Bernard Mevs
Port-au-Prince, Haiti
2010 – 2012

## Committees

Resident Recruitment Committee
Department of Pathology
2009 – 2011

Transfusion Committee
Jackson Memorial Hospital
2010 - 2012

Pharmacy and Therapeutics Committee
Coalition for Advanced Pharmacy Services
2010 - 2012

**Consulting**

    Expert Testimony in Forensic Pathology
    Civil and Criminal Cases in Kansas, Missouri, and Florida
    2013 - Present

    Department of Transplant
    University of Miami
    2011 - 2013

**Publications**

Glenn CF, Chow DK, David L, Cooke CA, Gami MS, Iser WB, Hanselman KB, Goldberg IG, Wolkow CA. Behavioral deficits during early stages of aging in *Caenorhabditis elegans* result from locomotory deficits possibly linked to muscle frailty.
J Gerontol A Biol Sci Med Sci 2004; Dec;59(12):1251-60.

Chow DK, Glenn CF, Johnston JL, Goldberg IG, Wolkow CA. Sarcopenia in the *Caenorhabditis elegans* pharynx correlates with muscle contraction rate over lifespan.
Exp Gerontol 2006;41(3):252-60.

Gorin MA, Gorbatiy V, Glenn C, Shirodkar SP, Castle SM, Jorda M, Leveillee RJ. Salvage robot-assisted partial nephrectomy for the management of renal cell carcinoma following failed stereotactic radiotherapy. JSLS 2012; Jan-Mar;16(1): 159-62.

Dreizin D, Glenn C, Jose J. Mazabraud Syndrome. Am J Orthop 2012; Jul;41(7): 332-5.